# United States District Court
## Violation Notice

Class: CVSO

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6466942 | PHELPS WILLIAM | 1880 |

6466942

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/31/2019   1600 | 1.218(b)   18 |

**Place of Offense**
200 VETERANS AVE (Main Parking Lot)

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
UNAUTHORIZED INTRODUCTION ON VA CONTROLLED Property of Alcoholic Beverages.

### DEFENDANT INFORMATION

Last Name: Helmick
First Name: Dennis
M.I.: G

| A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy) | B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy) |
|---|---|

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 110 N. HEBER ST, BECKLEY, WV. 25801
Date: 02/12/2020
Time: 1000

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/31, 2019 while exercising my duties as a law enforcement officer in the Southern District of West Virginia

Police Dispatch Received A Call For A Possible Drunk Person in A Black Chevy Truck with White Stripes on The Hood. The vehicle was noted parked on The Main lot of The Hospital. I Approached The Driver and noted An odor of An Alcoholic Beverage Coming From His Breath. I Asked Him To Step Out of his vehicle And At That Time I noted An Empty Beer Can on The Floor Board of his Truck And A Half Full can in The Console. I Asked if He Had Any More Beer in his Truck And He Said In The Bed "Where 16 Full Cans of Miller Lite Beer was Found in a Box". The Def. was Asked To Come To Police Services To Take A Breath Test, which Resulted in A Reading of .081. The Def. was Then Issued Citations And Released. The Defendant Advised He was going To The Emergency Department For Back Pain. All Above Events Occured on VA owned property.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12-31-2019
Date (mm/dd/yyyy)   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident