# United States District Court
## Violation Notice

CV50

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6466941 | PHELPS, William | 1880 |

6466941

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 12/31/~~19~~ 2019  1600 hrs | 1.218(B)(16) |

Place of Offense
200 VETERANS AVE (MAIN PARKING LOT)

Offense Description: Factual Basis for Charge    HAZMAT ☐
ENTERING PREMISES UNDER THE INFLUENCE of AN ALCOHOLIC BEVERAGE.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| MELNICK | DENNIS | G |

[Street Address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 200   Forfeiture Amount
+ $30   Processing Fee

PAY THIS AMOUNT → $ 230   Total Collateral Due

### YOUR COURT DATE

Court Address: 100 N. HEBER ST, BECKLEY, WV 25801
Date: 02/12/2020
Time: 1000

X Defendant Signature: [signature]

(Rev. 09/2015)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/31/19, 20 19 while exercising my duties as a law enforcement officer in the SOUTHERN District of WEST VIRGINIA

Police Dispatch recieved a call for a possible drunk person in a black Chevy truck with white stripes on the sides. The vehicle was noted parked on the main lot of the hospital. I approached the driver and noted a odor of an alcoholic beverage coming from his breath. I asked him to step out of his vehicle and at this time I noted a empty beer can on the floor board of his truck and a half full can in the console. I asked if he had any more beer in his truck and he said, "in the bed" where 16 full cans of Miller Lite beer was found, in a box. The def. was asked to come to police services to take a breath test, which resulted in a reading of .081. The def was then issued citations and released. The def. advised he was going to the Emergency Department for back pain. All above events occured on VA. owned property.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/18/2019   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident